No. 1012. CHICAGO *v.* JOSEPH, RECEIVER. May 23, 1938. Petition for writ of certiorari to the Circuit Court

of Appeals for the Seventh Circuit denied. *Messrs. Barnet Hodes, Joseph F. Grossman,* and *J. Herzl Segal* for petitioner. *Messrs. Emmett J. McCarthy, George P. Barse, Robert R. Hanley,* and *Robert F. Carey* entered an appearance for respondent.